IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLIFFORD PERCELL,

  Plaintiff,

   v.

ATLANTA COURIER,

  Defendant.

CIVIL ACTION FILE
NO. 1:16-CV-1333-TWT

**ORDER**

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss [Doc. 3]. However, the Magistrate Judge ordered the Plaintiff to properly serve the Defendant by August 15, 2016. The Plaintiff has not done so. The Court approves and adopts the Report and Recommendation as the judgment of the Court regarding the Plaintiff's failure to properly serve the Defendant. The Defendant's Motions to Dismiss [Doc. 3 & 6] are GRANTED.

T:\ORDERS\16\Percell\r&r.wpd

SO ORDERED, this 26 day of August, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge